IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONIA BRODNAX, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SSF IMPORTED AUTO PARTS, ) <br> LLC, and JOHN DOE, ) <br> ) <br> ) <br>    Defendants. ) <br> _____ ) | Case No. _____ |

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW Petitioner/Defendant SSF Imported Auto Parts, LLC and shows this Honorable Court the following:

1.

A civil action was filed by the above-named Plaintiff Tonia Broadnax in the State Court of Gwinnett County, State of Georgia, naming as the Defendant SSF Imported Auto Parts, LLC, Civil Action File No. 20-C-09109-S2. A true and correct copy of all pleadings and orders served upon Petitioner/Defendant SSF Imported Auto Parts, LLC in said civil action, as well as Petitioner/Defendant SSF Imported Auto Parts, LLC's Answer filed in the State Court of Gwinnett County are attached hereto as Exhibit "A."

2.

In her Complaint, Plaintiff seeks damages for a slip-and-fall accident on December 21, 2016 which occurred at 6250 Atlantic Boulevard, Norcross, Georgia 30071. (Compl. ¶ 6, 7).

3.

Plaintiff Tonia Broadnax is now, and was at the time this lawsuit was filed, a citizen of the State of Georgia. (Compl. ¶ 1).

4.

Petitioner/Defendant SSF Imported Auto Parts, LLC is, and was at the time this lawsuit was filed, a foreign California corporation, with its principal place of business located at 466 Forbes Boulevard South, San Francisco, California 94080. Petitioner/Defendant SSF Imported Auto Parts, LLC's "nerve center" is, and was at the time this lawsuit was filed, also in San Francisco, California. Further, Petitioner/Defendant SSF Imported Auto Parts, LLC's state of incorporation is, and was at the time this lawsuit was filed, in California. Therefore, Petitioner/Defendant SSF Imported Auto Parts, LLC is deemed a citizen of California.

5.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

Therefore, pursuant to 28 U.S.C. §§ 1332 and 1441(a), this matter may be removed to this Honorable Court.

6.

In support of its assertion of federal jurisdiction, Petitioner/Defendant SSF Imported Auto Parts, LLC refers to the Complaint, in which Plaintiff alleges that during her fall she "suffered substantial injuries and damages, including past and future medical costs, past and future mental and physical pain and suffering, physical impairment or disability." (Compl. ¶ 26). For her injuries, Plaintiff claims medical special damages from Northside Hospital, Northside Emergency Associates, Northside Radiology Associates, The Primary Care Center, Benchmark Rehab Partners, Fengs Medical and Neurological Clinic, P.C., DeKalb Medical Phsicians Group, Peachtree Orthopedic Clinic, Rehab Orthopedic Medicine, Georgia Neurology Care, American Health Imaging, Resurgens Orthopedics. (Plaintiff's Interrogatory Responses ¶ 13 attached hereto as Exhibit "B"). This is a refiled case. Medical records produced from these providers in the previous lawsuit totaled $40,538.00. The relevant, redacted medical bills are attached hereto as Exhibit "C." In addition to the medical special damages, the Plaintiff is claiming $98,302.50 in lost wages. (Plaintiff's Interrogatory Responses ¶ 13 attached hereto as Exhibit "B")

7.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

8.

This Notice of and Petition for Removal is filed within thirty (30) days after receipt by Petitioner/Defendant SSF Imported Auto Parts, LLC, through service on December 21, 2020, of the Complaint setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Honorable Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, *et. seq.*

WHEREFORE, Petitioner/ Defendant SSF Imported Auto Parts, LLC, prays that this Notice of and Petition for Removal be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceedings be held in the case originally filed in the State Court of Gwinnett County, State of Georgia, and that Petitioner/Defendant SSF Imported Auto Parts, LLC have such other and further relief as this Honorable Court deems just and proper in the circumstances.

This 19th day of January, 2021.

        Respectfully submitted,

        /s/ J. Skye Wellesley
        Michael J. Rust
        Georgia Bar No. 621257
        J. Skye Wellesley
        Georgia Bar No. 265377
        Attorneys for Defendant
        SSF Imported Auto Parts, LLC

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7372 (Wellesley)
404 870-1048 fax
e-mail:    mrust@grsmb.com
            swellesley@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONIA BROADNAX, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SSF IMPORTED AUTO PARTS, )<br>LLC, and JOHN DOE, )<br>)<br>)<br>   Defendants. )<br>_____ ) | Case No. _____ |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 19th day of January, 2020.

                                                        Respectfully submitted,

                                                        /s/ J. Skye Wellesley_____
                                                        Michael J. Rust
                                                        Georgia Bar No. 621257
                                                        J. Skye Wellesley
                                                        Georgia Bar No. 265377
                                                        Attorneys for Defendant
                                                        SSF Imported Auto Parts, LLC

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7372 (Wellesley)
404 870-1048 fax
e-mail:    mrust@grsmb.com
             swellesley@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONIA BROADNAX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| SSF IMPORTED AUTO PARTS, LLC, and JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 19th 2021, copies of **NOTICE OF AND PETITION FOR REMOVAL** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

S. Carlton Rouse, Esq.
Rouse & Company, LLC
P. O. Box 392105
Snellville, GA 30039

This 19th day of January, 2021.

/s/ J. Skye Wellesley
J. Skye Wellesley
Georgia Bar No. 265377
Attorney for Defendant
SSF Imported Auto Parts, LLC