**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TONIA BROADNAX,<br>      Plaintiff(s),<br><br>vs.<br><br>SSF IMPORTED AUTO PARTS LLC and JOHN DOE,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-295-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 17th day of February, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Jill Ayers
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 17, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers
         Deputy Clerk